UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:                          )
                                )
**Toru Paul May**               )       CASE NO.   10-34059
                                )       CHAPTER    13
                                )
         Debtor(s)              )

**CERTIFICATE OF SERVICE**

    It is hereby certified that a true copy of the within Chapter 13 Plan was mailed or electronically transmitted to the debtor, to the Trustee, the U.S. Trustee, and to all scheduled creditors on the  2nd  day of August, 2010.

/S/
**KURTZ AND KURTZ ATTORNEYS**
Attorneys for Debtor
2721 Taylorsville Road
Louisville, Kentucky  40205
(502) 423-0846

    The above named debtor has filed a Chapter 13 petition in the U.S. Bankruptcy Court for the Western District of Kentucky.

    If you have not received notice of the filing, you will receive notice within a few days.