## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

IN RE: )
) Chapter 13
TORU PAUL MAY ) Case No. 18-33923
Debtor )
_____ )

### GENERAL ORDER NO. 96-1 COMPLIANCE

The above named debtor has filed a Chapter 13 Petition in the United States Bankruptcy Court for the Western District of Kentucky. If you have not received notice of filing you will receive notice within a few days.

### CERTIFICATE OF SERVICE

The undersigned counsel for the Debtor certifies that a copy of the Debtor's Chapter 13 Plan was filed January 11, 2019 and served electronically on William W. Lawrence, Chapter 13 Trustee, and the U.S. Trustee, and a copy of the plan and this notice were mailed to the Debtor and to all scheduled creditors on January 11, 2019.

/s/ Fred R. Simon
Fred R. Simon
2210 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
(502) 581-1630
Attorney for Debtor