UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Toru Paul May | : | Case No.: 10-34059 |
| | : | Chapter 13 |
| Debtor. | : | Judge Joan A. Lloyd |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

### OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 3)

Now comes The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee ("Creditor"), by and through its mortgage servicing agent GMAC Mortgage LLC, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Toru Paul May ("Debtor"). For the reasons which follow, confirmation should be denied.

### MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a mortgage lien upon the Debtor's real estate located at 8003 Broadfern Drive, Louisville, KY 40291. The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by providing for an inadequate arrearage amount. The amount of the arrearage in the Chapter 13 Plan is $3,481.00 and the amount that Creditor has calculated and included in its claim is $5,386.29. In addition, Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States Supreme Court's

holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

    We are filing this Objection solely to give Notice to the Court that we object to the Plan as stated because the arrearage is less than our Proof of Claim. It is our understanding that the Trustee intends to pay our Claim based on our file-stamped Proof of Claim, and that the Debtor does not have an Objection to our Proof of Claim arrearage amount.

    If no response is filed to this Objection by the Trustee, Debtor, or any other interested party, we acknowledge that the Court will confirm the Plan based on our Proof of Claim amount, and that amount will be paid by the Trustee.

    Respectfully submitted,

/s/ James E. Tebbutt
James E. Tebbutt (KBA #93510)
Holly N. Wolf (KBA #92245)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
jet@mdk-llc.com; kybnkr@mdk-llc.com
Attorney for Creditor

10-514743-081710-smp

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

Office of U.S. Trustee
Western District of Kentucky
Party of Interest
601 West Broadway, #512
Louisville, KY  40202

William W. Lawrence
310 Republic Plaza
200 South Seventh Street
Louisville, KY  40202

Christopher T. Kurtz
Attorney for Toru Paul May
2721 Taylorsville Road
Louisville, KY  40205
ctkkurtz@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid on August 19, 2010:

Toru Paul May
8003 Broadfern Drive
Louisville, KY  40291

Chase Bank USA NA
PO Box 15298
Wilmington, DE  19850

GMAC Mortgage
3451 Hammond Avenue
PO Box 780
Waterloo, IA  50704

  /s/ James E. Tebbutt
James E. Tebbutt

10-514743-081710-smp