| | | |
|---|---|---|
| Case #10-34059 | Western District of Kentucky | CHAPTER 13 |
| Debtor: May, Toru Paul | US BANKRUPTCY COURT | |
| 8003 Broadfern Drive | | |
| Louisville, KY, 40291 | | Court Date: September 20, 2010 |
| Jefferson County | | Non Business - Jefferson County |

| Description | Fair Market Value | Remarks |
|---|---:|---|
| Sofa, loveseat, (2) end tables, coffee table, (2) sofa tables, G | $250 | |
| Lot: (2) Dining tables with (8) chairs, G | $100 | |
| Jenn-Air range, G | $100 | |
| Bed (twin), chest, G | $75 | |
| Bed (full), desk with chair, G | $125 | |
| Dell computer with LCD monitor, G | $150 | |
| Philips 21" color TV, G | $25 | |
| Bed (queen), dresser, hutch, G | $150 | |
| Sanyo 35" LCD TV with stand, G | $375 | |
| Sony DVD, G | $25 | |
| Sofa, chair, desk, bookcase, P | $50 | |
| GE washer and dryer, G | $250 | |
| 401(k) fund | $0 | Insufficient information to appraise. |

| Case #10-34059 | Western District of Kentucky | CHAPTER 13 |
| Debtor: May, Toru Paul | US BANKRUPTCY COURT | |
| 8003 Broadfern Drive | | |
| Louisville, KY, 40291 | | Court Date: September 20, 2010 |
| Jefferson County | | Non Business - Jefferson County |

| Description | Fair Market Value | Remarks |
|---|---|---|
| 1996 Dodge Intrepid, VIN 2B3HD46T9TH229584, 4 door, 6 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, power windows, power locks, tilt steering, cruise control, AM/FM Stereo, CD, dual air bags, white exterior, grey fabric interior, alloy wheels, tires good, odometer 292,197, overall condition: fair | $1,500 | Vehicle has minor interior and exterior damage. |
| **Total** | **$3,175** | |