UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

```
TO: XEROC CORP                                 )
    ATTN PAYROLL                               )
    1350 JEFFERSON RD                          )
    ROCHESTER NY 14623                         )
                                               )
IN RE: TORU P MAY                              )  CHAPTER 13
                                               )
SS# : XXX-XX-8251                              )  CASE NO: 10-34059
                                               )
            DEBTOR(S)                          )
_____)
```

**ORDER TO DEDUCT WAGES**
**PER COURT**

    The above-named party filed a petition under Chapter 13 of the Bankruptcy code on <u>Aug 02, 2010</u> and has notified the Court that he/she is employed by the above-named employer.

    Said employer is hereby authorized and directed to pay William W. Lawrence the sum of $ 250.00 Bi-Weekly from the debtor's wages, beginning with the next payday until further order of Court. The Trustee is directed to endorse the check of remittance, and such so endorsed shall be a receipt of all monies collected from said employer.

    Said employer is directed to notify the Trustee immediately upon the termination of the debtor's services.

    Pursuant to 11 U.S.C. Section 525, no private employer may terminate the employment of, or discriminate with respect to employment against an individual solely because such individual is or has been a debtor under Chapter 13 of the Bankruptcy Codes.

    A copy of this order shall be mailed to the debtor(s), to the attorney, to the Trustee and to the employer.

                                ENTERED BY ORDER OF THE COURT:
                                UNITED STATES BANKRUPTCY JUDGE

                                BY: <u>/s/Diane S. Robl</u>
[order tendered by]                     Clerk of the Court
PAYMENTS SHALL BE MADE TO:

William W. Lawrence, Trustee
200 South Seventh St., Suite 310
Louisville, Kentucky 40202
(502)581-9042