UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:                                    )
                                          )
**Toru Paul May**                         )    Case No. 10-34059
                                          )    CHAPTER: 13
                                          )
         Debtor(s)                        )

## SCHEDULE OF ALLOWED CLAIMS

Debtor, by counsel, states that the following claims have been duly proven and should be allowed and paid in accordance with the Order of Confirmation:

### 75% PLAN

1)   Discover Bank                                $10,559.33
     Dfs Services LLC                            ($7,919.49)
     P.O. Box 3025
     New Albany, IN  43054
     Account No. 9996

4)   PRA Receivables Mgmt (Chase)                 $6,620.57
     As agent of Portfolio Rec. Assoc.           ($4,965.42)
     P.O. Box 12914
     Norfolk, VA 23541
     Account No. 5889


                                    /s/_____
                                    **KURTZ & KURTZ**
                                    Attorney for Debtor
                                    2721 Taylorsville Road
                                    Louisville, Kentucky  40205
                                    (502) 423-0846