BK1007712
BAS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 10-34059 |
| Toru Paul May | Chapter 13<br>Judge Lloyd |
| Debtor | |
| | **MOTION OF GMAC MORTGAGE, LLC TO AMEND ORDER OF CONFIRMATION (PROPERTY: 8003 BROADFERN DRIVE, LOUISVILLE, KY 40291)** |

GMAC Mortgage, LLC, has filed a Proof of Claim for an arrearage of $12,179.14. The Order of Confirmation does not address this arrearage. This debt is not discharged in the Chapter 13. To avoid the commencement of foreclosure proceedings upon the conclusion of the Chapter 13, respectfully requests that the Order of Confirmation be amended to provide for the payment of its pre-petition arrearage claim in the amount of $12,179.14.

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Jeremy M. Rettig, Attorney
Bar Registration No. 89342
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
wkybk@lsrlaw.com

## NOTICE AND OPPORTUNITY FOR HEARING

The undersigned certifies that a copy of the foregoing Motion to Amend Order of Confirmation of the secured creditor, GMAC Mortgage, LLC, was electronically transmitted on or about January 6, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list. Unless within twenty (20) days from the date hereof a written responsive objection to the Motion is filed with the Court and served on the undersigned, an order sustaining the Motion will be presented to the Court for consideration.

Hon. Christopher T. Kurtz, - Attorney for Debtor  
2721 Taylorsville Road  
Louisville, KY 40205  
ctkkurtz@aol.com

William W. Lawrence, - Trustee  
310 Republic Plaza  
200 South Seventh Street  
Louisville, KY 40202  
ECF@louchapter13.com

Office of the U.S. Trustee  
601 West Broadway, Ste. 512  
Louisville, KY 40202  
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing was transmitted on or about January 6, 2011 via regular U.S. mail, postage pre-paid:

Toru Paul May, - Debtor  
8003 Broadfern Drive  
Louisville, KY 40291

/s/ Rachel K. Pearson  
Rachel K. Pearson  
KY Bar Registration #91184  
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS  
PO Box 5480  
Cincinnati, OH 45201-5480  
(513) 354-6464 fax  
wkybk@lsrlaw.com

2