BK1007712
BAS

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

IN RE:　　　　　　　　　　　　　　　　Case No. 10-34059

Toru Paul May　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　Judge Lloyd
　　　　　　Debtor

**ORDER GRANTING MOTION OF GMAC MORTGAGE, LLC TO AMEND ORDER OF CONFIRMATION
(PROPERTY:
8003 BROADFERN DRIVE,
LOUISVILLE, KY 40291)**

On Motion of ; and the Court having examined the file and being fully advised, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The Motion to Amend Order of Confirmation is GRANTED and the Claim filed by shall be paid by Trustee in the amount of $12,179.14.

2. It is adjudged that this is a final appealable Order and there is no just reason for delay in its entry and execution and it is directed that this Order be entered.

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Jeremy M. Rettig, Attorney
Bar Registration No. 89342
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically transmitted on or about January 6, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Christopher T. Kurtz, - Attorney for Debtor
2721 Taylorsville Road
Louisville, KY 40205
ctkkurtz@aol.com

William W. Lawrence, - Trustee
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing was transmitted on or about January 6, 2011 via regular U.S. mail, postage pre-paid:

Toru Paul May, - Debtor
8003 Broadfern Drive
Louisville, KY 40291

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com