BK1007712
BAS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE:  Case No. 10-34059

Toru Paul May  Chapter 13
 Judge Lloyd
                Debtor

**AGREED ORDER AMENDING
ORDER OF CONFIRMATION**

This matter is before the Court on the agreement of the secured creditor, GMAC Mortgage, LLC, and the debtor. The Order of Confirmation entered herein is hereby amended to provide that the arrearage of is in the amount of $12,179.14 and that a claim has been filed. All disbursements from the Trustee shall be forwarded to the following address:

                GMAC Mortgage, LLC
                3451 Hammond Ave
                Waterloo, IA 50702

A copy of this order is sent to the debtor, to the attorney for the debtor and to the Chapter 13 Trustee, William W. Lawrence.


/s/ Christopher T. Kurtz
Christopher T. Kurtz, Attorney for Debtor
Kurtz and Kurtz Attorneys
Toru Paul May, Debtor
2721 Taylorsville Road
Louisville, KY 40205
0004230846
ctkkurtz@aol.com




/s/Rachel K. Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 91184
Jeremy M. Rettig, Attorney
Bar Registration No. 89342
Attorneys for Creditor
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
wkybk@lsrlaw.com

COPIES TO:

Hon. Christopher T. Kurtz - Attorney for Debtor
2721 Taylorsville Road
Louisville, KY 40205
ctkkurtz@aol.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Toru Paul May - Debtor
8003 Broadfern Drive
Louisville, KY 40291
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Hon. Rachel K Pearson - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE