```
                UNITED STATES BANKRUPTCY COURT
                          FOR THE
                  WESTERN DISTRICT OF KENTUCKY

In re:                      )
                            )
Toru P. May                 )      CASE NO. 10-34059
                            )      CHAPTER  13
                            )
     Debtor                 )
```

## MOTION TO MODIFY PLAN

Comes the debtor, by counsel, and hereby requests that the Court modify his Chapter 13 Plan by reducing his Plan percentage from a 75% Plan to a 63% Plan, and resume his payments in the sum of $250.00 bi-weekly, based upon the following:

1. The debtor's income and expenses are the same as of the filing of the Chapter 13 Plan.

2. That based on claims filed in the proceeding, the debtors Plan will be complete as a 63% Plan in the originally proposed period of time.

WHEREFORE, the Debtor requests the court to decrease his Plan percentage from a 75% Plan to a 63% Plan and to resume his Plan payments in the sum of $250.00 bi-weekly.

/s/
**KURTZ AND KURTZ**
Attorney for Debtor
2721 Taylorsville Road
Louisville, KY 40205
(502) 423-0846

**CERTIFICATE OF MAILING**

It is hereby certified that a copy of the foregoing was mailed to: William W. Lawrence, Trustee, 310 Legal Arts Building, 200 South Seventh Street, Louisville, KY 40202 on the 7th day of February, 2011.

/s/
KURTZ AND KURTZ