```
                    UNITED STATES BANKRUPTCY COURT
                              FOR THE
                     WESTERN DISTRICT OF KENTUCKY


In re:                        )
                              )
Toru P. May                   )      CASE NO. 10-34059
                              )      CHAPTER 13
                              )
        Debtor                )
```

## ORDER MODIFYING PLAN

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Chapter 13 Plan of the debtors is hereby modified as follows:

The Debtor's Plan is hereby decreased from a 75% Plan to a 63% Plan;

The debtor shall resume his Plan payments in the sum of $250.00 bi-weekly.


TENDERED BY:

Christopher T. Kurtz, Attorney
KURTZ AND KURTZ
2721 Taylorsville Road
Louisville, KY  40205
(502)423-0846