# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                    Case No.:10−34059
Toru Paul May

                              Debtor(s)                   Chapter: 13

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*24* – Motion to Modify Plan to reduce plan percentage from 75% to 63% and resume payments of $250 bi−weekly. . Filed by Debtor Toru Paul May (Attachments: # (1) Proposed Order) (Kurtz, Christopher)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before March 1, 2011.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 2/8/11

                                                          FOR THE COURT
By: jk                                                    Diane S. Robl
Deputy Clerk                                              Clerk, U.S. Bankruptcy Court