# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE: | Case No.:10–34059 |
| Toru Paul May | |
| Debtor(s) | Chapter: 13 |

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*24* – Motion to Modify Plan to reduce plan percentage from 75% to 63% and resume payments of $250 bi–weekly. . Filed by Debtor Toru Paul May (Attachments: # (1) Proposed Order) (Kurtz, Christopher)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before March 1, 2011.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 2/8/11

|  | FOR THE COURT |
|---|---|
| By: jk | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

# CERTIFICATE OF NOTICE

```
District/off: 0644-3          User: jkajatin          Page 1 of 1          Date Rcvd: Feb 08, 2011
Case: 10-34059               Form ID: 222             Total Noticed: 11
```

```
The following entities were noticed by first class mail on Feb 10, 2011.
db            +Toru Paul May,   8003 Broadfern Drive,   Louisville, KY 40291-2303
4386975       +CHASE BANK USA NA,   P.O. BOX 15298,   WILMINGTON, DE 19850-5298
4386977        GMAC MORTGAGE,   3451 HAMMOND AVENUE,   P.O. BOX 780,   WATERLOO, IA 50704-0780
4395070       +GMAC Mortgage , LLC,   3451 Hammond Ave,   WAterloo, IA 50702-5300
4386978       +LERNER, SAMPSON & ROTHFUSS,   P.O. BOX 5480,   CINCINNATI, OH 45201-5480
4386979       +PAULA MUELLER,   8706 SHADOWCREEK WAY,   LOUISVILLE, KY 40291-2751
4445243       +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
               Norfolk VA 23541-0914
4402073       +The Bank of New York Mellon Trust Company,   c/o GMAC Mortgage, LLC,
               Attention: Payment Processing,   3451 Hammond Avenue,   Waterloo, IA 50702-5345
4386980       +WELTMAN WEINBERG & REIS,   525 VINE STREET, SUITE 800,   CINCINNATI, OH 45202-3145
```

```
The following entities were noticed by electronic transmission on Feb 08, 2011.
4386976        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2011 21:58:56
               DISCOVER FINANCIAL SERVICES LLC,   PO BOX 15316,   WILMINGTON, DE 19850
4390541        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2011 21:58:56      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                       TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2011**          **Signature:**   _Joseph Speetjens_