UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:                              )
                                    )
Toru P. May                         )        CASE NO. 10-34059
                                    )        CHAPTER  13
                                    )
       Debtor                       )

ORDER MODIFYING PLAN

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Chapter 13 Plan of the debtors is hereby modified as follows:

The Debtor's Plan is hereby decreased from a 75% Plan to a 63% Plan;

The debtor shall resume his Plan payments in the sum of $250.00 bi-weekly.

David T. Stosberg
United States Bankruptcy Judge

Dated: March 2, 2011

TENDERED BY:

Christopher T. Kurtz, Attorney
KURTZ AND KURTZ
2721 Taylorsville Road
Louisville, KY  40205
(502)423-0846