BK1007712
KAB

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 10-34059 |
| Toru Paul May | Chapter 13 |
| | Judge Lloyd |
| Debtor | |
| | **MOTION FOR RELIEF FROM STAY OF GMAC MORTGAGE, LLC SUCCESSOR BY MERGER TO GMAC MORTGAGE CORPORATION** |
| | **(PROPERTY LOCATED AT 8003 BROADFERN DRIVE, LOUISVILLE, KY 40291)** |

GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, (the "Movant") moves this Court, under §§ 361, 362, 363, 554 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007, and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code. In support of this Motion, the Movant states:

## MEMORANDUM IN SUPPORT

1   The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2   On May 5, 2003, the debtor listed above (collectively, the "Debtor") obtained a loan from Homecomings Financial Network, Inc. in the amount of $104,000.00. Such loan was evidenced by a promissory note dated May 5, 2003 (the "Note").

3   To secure payment of the Note and performance of the other terms contained in it, the debtor executed a Mortgage dated May 5, 2003 (the "Security Agreement"). The Security Agreement granted a lien on the real and/or personal property (the "Collateral") owned by the debtor, located at 8003 Broadfern Drive, Louisville, KY 40291, and more fully described in the Security Agreement.

4   The lien created by the Security Agreement was duly perfected by the filing of the Security Agreement in the office of the Jefferson County Clerk on May 15, 2003. The lien is the First lien on the collateral.

5   The Note and Security Agreement were transferred as follows:

The Note was transferred from Homecomings Financial Network, Inc. to GMAC Mortgage Corporation as evidenced by the Endorsement on the Note.

The Mortgage was transferred from Mortgage Electronic Registration Systems, Inc. as nominee for Homecomings Financial Network, Inc., its successors and assigns to GMAC Mortgage, LLC as evidenced by the assignment recorded on February 18, 2010.

On October 24, 2006 a Certificate of Merger of GMAC Mortgage Corporation into GMAC Mortgage, LLC was filed with the State of Delaware, Secretary of State, as is evidenced by the said document attached to this Motion.

6   The value of the Collateral is $126,660.00. This valuation is based on Debtor's Schedules.

7   As of the date of this Motion, there is currently due and owing on the Note the outstanding balance of $100,353.37, plus interest accruing thereon at the rate of 5.75% per annum ($14.59 per day) from November 16, 2011.

8   Other parties who may have an interest in the Collateral are:

Chase Bank USA NA by virtue of a certified judgment lien upon which the amount due is approximately $7,000.00.
GMAC Mortgage by virtue of a second mortgage upon which the amount due is approximately $42,025.00.

9   Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2) for these reason(s):

Debtor has no equity in the Collateral and the Collateral is not needed by the debtor for their reorganization. Movant believes that the collateral has a value of $126,660.00. Including the Movant's lien, there are liens in an aggregate amount of $149,378.37 on the Collateral.

Debtor has failed to provide adequate protection for the lien held by the Movant for the reason set forth below.

Debtor has failed to make periodic payments to Movant since the commencement of this bankruptcy case, which unpaid payments are in the aggregate amount of $7,245.80, consisting of the following:

Post-Petition Payments

| Amount | Date Due |
|---|---|
| 778.12 | March 1, 2011 |
| 778.12 | April 1, 2011 |
| 778.12 | May 1, 2011 |
| 778.12 | June 1, 2011 |
| 778.12 | July 1, 2011 |
| 778.12 | August 1, 2011 |
| 778.12 | September 1, 2011 |
| 778.12 | October 1, 2011 |

| 778.12 | November 1, 2011 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 30.34 | March 16, 2011 |
| 30.34 | April 16, 2011 |
| 30.34 | May 16, 2011 |
| 30.34 | June 16, 2011 |
| 30.34 | July 16, 2011 |
| 30.34 | August 16, 2011 |
| 30.34 | September 16, 2011 |
| 30.34 | October 16, 2011 |

less debtor's suspense balance of $0.00, as of November 16, 2011.

Attached hereto as an Appendix is the post-petition payment history.

10  Movant has attached as Exhibit "A", a copy of the amended proof of claim filed in this case by Movant, along with copies of the supporting documents establishing the Movant's perfected security interest in the above described collateral.

WHEREFORE, Movant prays that the automatic stay imposed by 11 U.S.C § 362 be terminated in all respects as against said Movant, and its successors and assigns.

/s/ Kerri N. Bruckner
Kerri N. Bruckner
Kentucky Bar # 89223
(513) 241-3100 x-3277

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Relief from Stay of the secured creditor, GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, was electronically transmitted on November 15, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Christopher T. Kurtz
2721 Taylorsville Road
Louisville, KY 40205
ctkkurtz@aol.com

William W. Lawrence
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Motion for Relief from Stay of the secured creditor, GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, was transmitted on November 15, 2011 via regular U.S. mail, postage pre-paid:

Toru Paul May
8003 Broadfern Drive
Louisville, KY 40291

Chase Bank USA NA
P.O. Box 15298
Wilmington, DE 19850

GMAC Mortgage
3451 Hammond Ave.
P.O. Box 780
Waterloo, IA

/s/ Kerri N. Bruckner
Kerri N. Bruckner
Kentucky Bar # 89223
(513) 241-3100 x-3277

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com