BK1007712
KAB

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 10-34059 |
| Toru Paul May | Chapter 13 |
| Debtor | Judge Lloyd |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY OF GMAC MORTGAGE, LLC SUCCESSOR BY MERGER TO GMAC MORTGAGE CORPORATION** |
| | **(PROPERTY LOCATED AT 8003 BROADFERN DRIVE, LOUISVILLE, KY 40291)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay filed herein by the secured creditor, GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, and it appearing to the Court that the debtor, debtor's counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and it further appearing that movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said movant, and its successors and assigns.

/s/ Kerri N. Bruckner
Kerri N. Bruckner
Kentucky Bar # 89223
(513) 241-3100 x-3277

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Order Granting Motion for Relief from the Automatic Stay of the secured creditor, GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, was electronically transmitted on November 15, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Christopher T. Kurtz
2721 Taylorsville Road
Louisville, KY 40205
ctkkurtz@aol.com

William W. Lawrence
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

2

The undersigned certifies that a copy of the foregoing Order Granting Motion for Relief from the Automatic Stay of the secured creditor, GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation, was transmitted on November 15, 2011 via regular U.S. mail, postage pre-paid:

Toru Paul May
8003 Broadfern Drive
Louisville, KY 40291

Chase Bank USA NA
P.O. Box 15298
Wilmington, DE 19850

GMAC Mortgage
3451 Hammond Ave.
P.O. Box 780
Waterloo, IA

/s/ Kerri N. Bruckner
Kerri N. Bruckner
Kentucky Bar # 89223
(513) 241-3100 x-3277

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
wkybk@lsrlaw.com