*LBR 9.1 Appendix to Motion for Relief from Automatic Stay Involving Monetary Arrearages Owed On Real Property Mortgage in Chapter 13s*

Debtor:     Toru Paul May

Case No. 10-34059

DATE PETITION WAS FILED: August 2, 2010

| MONTH/YEAR PAYMENT DUE | DATE RECEIVED | PAYMENT AMOUNT | AMOUNT DUE | CHECK/ MO # | OVERAGE/ SHORTAGE |
|---|---|---|---|---|---|
| 12/01/10 | 12/14/10 | $ 743.22 | $ 743.22 | | $ 0.00 |
| 01/01/11 | 01/20/11 | $ 743.22 | $ 743.22 | | $ 0.00 |
| 02/01/11 | 03/03/11 | $ 743.22 | $ 743.22 | | $ 0.00 |
| 03/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 04/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 05/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 06/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 07/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 08/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 09/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 10/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |
| 11/01/11 | | $ 0.00 | $ 778.12 | | $ -778.12 |

*Information added to Local Form A for clarification of payment history.