## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May<br><br>Debtor(s) | Case No.:10–34059<br><br>Chapter: 13<br>Judge: Thomas H. Fulton |

## NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding the Motion for Relief from Stay regarding 8003 Broadfern Drive Louisville KY 40291. Filed by Creditor GMAC Mortgage, LLC [28]. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 12/7/2011 at 01:30 PM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: Matrix. (Rupe, B)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/16/11

By: bc
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  
Toru Paul May  
      Debtor

Case No. 10-34059-thf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0644-3     User: brupe            Page 1 of 1          Date Rcvd: Nov 16, 2011
                        Form ID: 220            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2011.
```
db          +Toru Paul May,    8003 Broadfern Drive,    Louisville, KY 40291-2303
4386975     +CHASE BANK USA NA,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
4386977      GMAC MORTGAGE,    3451 HAMMOND AVENUE,    P.O. BOX 780,    WATERLOO, IA 50704-0780
4395070     +GMAC Mortgage , LLC,    3451 Hammond Ave,    WAterloo, IA 50702-5300
4386978     +LERNER, SAMPSON & ROTHFUSS,    P.O. BOX 5480,    CINCINNATI, OH 45201-5480
4386979     +PAULA MUELLER,    8706 SHADOWCREEK WAY,    LOUISVILLE, KY 40291-2751
4445243     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
              Norfolk VA 23541-0914
4402073     +The Bank of New York Mellon Trust Company,    c/o GMAC Mortgage, LLC,
              Attention: Payment Processing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
4386980     +WELTMAN WEINBERG & REIS,    525 VINE STREET, SUITE 800,    CINCINNATI, OH 45202-3145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4386976       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2011 01:50:20
              DISCOVER FINANCIAL SERVICES LLC,    PO BOX 15316,    WILMINGTON, DE 19850
4390541       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2011 01:50:20      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
4386980      +E-mail/Text: BKRMailOps@weltman.com Nov 16 2011 19:24:30     WELTMAN WEINBERG & REIS,
              525 VINE STREET, SUITE 800,    CINCINNATI, OH 45202-3145
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2011                    Signature: _Joseph Speetjens_