BK1007712
MMM

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE:                                          Case No. 10-34059

Toru Paul May                                   Chapter 13
                                                Judge Fulton
                         Debtor


                                                **AGREED ORDER FOR RELIEF
                                                FROM STAY OF GMAC
                                                MORTGAGE, LLC SUCCESSOR BY
                                                MERGER TO GMAC MORTGAGE
                                                CORPORATION (PROPERTY
                                                ADDRESS: 8003 BROADFERN
                                                DRIVE,  LOUISVILLE, KY 40291)**

This matter came to be considered on the Motion for Relief from Stay (the "Motion")

filed by GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation

("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor,

counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this

Motion and with notice of the hearing date for this Motion; and

The Chapter 13 Plan filed herein on behalf of the debtor provided that said debtor was to

make regular monthly mortgage payments to Movant outside the Plan in a regular monthly

fashion.

The parties have entered into an agreement resolving the Motion, the terms of which are

set forth as follows:  The post-petition arrearage due as of December 31, 2011, is $8,760.60,

which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|--------|----------|
| 778.12 | March 1, 2011 |
| 778.12 | April 1, 2011 |
| 778.12 | May 1, 2011 |
| 778.12 | June 1, 2011 |
| 778.12 | July 1, 2011 |
| 778.12 | August 1, 2011 |
| 778.12 | September 1, 2011 |
| 778.12 | October 1, 2011 |
| 778.12 | November 1, 2011 |
| 778.12 | December 1, 2011 |

Post Petition Late Charges:

| Amount | Date Due |
|--------|----------|
| 30.34 | March 16, 2011 |
| 30.34 | April 16, 2011 |
| 30.34 | May 16, 2011 |
| 30.34 | June 16, 2011 |
| 30.34 | July 16, 2011 |
| 30.34 | August 16, 2011 |
| 30.34 | September 16, 2011 |
| 30.34 | October 16, 2011 |
| 30.34 | November 16, 2011 |
| 30.34 | December 16, 2011 |

and $500.00 for attorney fees associated with the Motion and $176.00 court costs incurred herein for filing the Motion , less $0.00 in debtor's suspense account.

In order to cure the post-petition arrearage, Debtor agrees to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:

Stipulated Payments:

| Amount | Date Due |
|--------|----------|
| 1,460.10 | January 15, 2012 |
| 1,460.10 | February 15, 2012 |
| 1,460.10 | March 15, 2012 |
| 1,460.10 | April 15, 2012 |
| 1,460.10 | May 15, 2012 |
| 1,460.10 | June 15, 2012 |

Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months.  All payments shall be tendered to:

**GMAC Mortgage, LLC (PA)**
**1100 Virginia Drive**
**Fort Washington, PA 19034**

This payment address is subject to change.

Failure by the Debtor to make any payment described above shall constitute a default.

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due January 1, 2012.  Failure by the Debtor to make any payment within 15 days of the date due shall constitute a default.

2. Upon the existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court.

3. If the default is not cured within that 10-day period, then upon the filing of a Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely

made.

4.      Debtor's counsel, Christopher T. Kurtz, is hereby awarded the sum of $150.00 in

attorney fees for their services rendered in connection with this Motion to be paid through the

Chapter 13 Plan.

Thomas H. Fulton
United States Bankruptcy Judge

Dated:  December 29, 2011


SUBMITTED BY:

/s/ Kerri N Bruckner, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 89223
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
wkybk@lsrlaw.com

Attorneys for Movant,
GMAC Mortgage, LLC successor by merger
to GMAC Mortgage Corporation

APPROVED BY:

/s/ Christopher T. Kurtz, Attorney for
Debtor
Kurtz and Kurtz Attorneys
Toru Paul May, Debtor
2721 Taylorsville Road
Louisville, KY 40205
0004230846
ctkkurtz@aol.com

COPIES TO:

Hon. Kerri N Bruckner - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
wkybk@lsrlaw.com
VIA ELECTRONIC SERVICE

Chase Bank USA NA - Creditor
P.O. Box 15298
Wilmington, DE 19850
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

GMAC Mortgage - Creditor
3451 Hammond Ave.
P.O. Box 780
Waterloo, IA
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Christopher T. Kurtz - Attorney for Debtor
2721 Taylorsville Road
Louisville, KY 40205
ctkkurtz@aol.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 South Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Toru Paul May - Debtor
8003 Broadfern Drive
Louisville, KY 40291
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
601 West Broadway, Ste. 512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE