UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:  TORU P MAY                         )          Case No: 10-34059
                                           )
                                           )
                                           )
              Debtor(s)                    )

**MOTION TO COMPEL DEBTOR(S)TO COMPLY
WITH LOCAL BANKRUPTCY RULE 6070-1(e)**

    Comes the Trustee, William W. Lawrence, and moves to compel the debtor(s) to comply with Local Bankruptcy Rule 6070-1(e). In particular, the debtor(s) have failed to supply to the Office of the Chapter 13 Trustee the following item(s) indicated with an "X":

| | |
|---|---|
| X | Current Year Budget |
| X | Copy of Federal Tax Return |
| X | Copy of State Tax Return |
| X | Federal Refund $0.00 |
| X | State Refund $0.00 |

Tendered By:
William W. Lawrence,Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202
(502)581-9042

/s/William W. Lawrence
William W. Lawrence, Trustee

8/28/2012