UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE:  TORU P MAY | ) | Case No: 10-34059 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER**
\*\*\* \*\*\* \*\*\* \*\*\*

**IT IS HEREBY ORDERED AND ADJUDGED** that the Debtor(s) shall have twenty(20) days from the date of this Order to comply with Local Bankruptcy Rule 6070-1(e). If the Debtor(s) do not provide the above items to the Office of the Chapter 13 Trustee by the expiration of the twenty(20) day period, the Debtor(s) Chapter 13 case will be **DISMISSED** by the Court without further notice or hearing.

Tendered By:
William W. Lawrence,Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202