# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Toru Paul May

Case No.:10–34059

Debtor(s)

Chapter: 13

# NOTICE OF ASSIGNMENT OF CLAIM

This matter comes before the Court regarding item(s) listed below:

Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: GMAC Mortgage, LLC (Claim No. 2) To Green Tree Servicing LLC. Filed by Creditor GMAC Mortgage, LLC (Mattson, Davy)

IT IS HEREBY ORDERED that objections, if any, to the Assignment of Claim be filed within twenty one (21) days from the entry of this order.

IT IS FURTHER ORDERED that if no objections are received, said Assignment shall stand approved without entry of further order.

A copy of this notice shall be mailed to parties in interest.

Dated: 2/19/13

By:  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court