# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                              Case No.:10–34059
Toru Paul May

                    Debtor(s)                       Chapter: 13


# NOTICE OF ASSIGNMENT OF CLAIM

This matter comes before the Court regarding item(s) listed below:

Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: GMAC Mortgage, LLC (Claim No. 2) To Green Tree Servicing LLC. Filed by Creditor GMAC Mortgage, LLC (Mattson, Davy)

IT IS HEREBY ORDERED that objections, if any, to the Assignment of Claim be filed within twenty one (21) days from the entry of this order.

IT IS FURTHER ORDERED that if no objections are received, said Assignment shall stand approved without entry of further order.

A copy of this notice shall be mailed to parties in interest.


Dated: 2/19/13

                                                    FOR THE COURT
By:                                                 Diane S. Robl
Deputy Clerk                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:                                                        Case No. 10-34059-thf
Toru Paul May                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-3          User: msmithson          Page 1 of 2          Date Rcvd: Feb 19, 2013
                             Form ID: 245               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
4386977        GMAC MORTGAGE,    3451 HAMMOND AVENUE,    P.O. BOX 780,    WATERLOO, IA 50704-0780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5155893        E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 19 2013 19:30:19    Green Tree Servicing LLC,
               PO Box 6154,    Rapid City, SD  57709
                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                    **Signature:**

```
District/off: 0644-3          User: msmithson         Page 2 of 2              Date Rcvd: Feb 19, 2013
                              Form ID: 245            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2013 at the address(es) listed below:
        Christopher T. Kurtz    on behalf of Debtor Toru May ctkkurtz@aol.com,  amanda@kurtzandkurtz.com
        James E. Tebbutt    on behalf of Creditor  The Bank of New York Mellon kybnkr@mdk-llc.com,
       anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
        Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
        Kerri  Bruckner    on behalf of Creditor  GMAC Mortgage, LLC wkybk@lsrlaw.com
        Rachel  Pearson    on behalf of Creditor  GMAC Mortgage, LLC wkybk@lsrlaw.com
        William W. Lawrence -13    ECF@louchapter13.com,
       ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com

                                                                                        TOTAL: 6