## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May<br><br>Debtor(s) | Case No.:10−34059−thf<br><br>Chapter: 13<br>Judge: Thomas H. Fulton |

## NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order GRANTING Motion to Show Cause debtor(s) failure to comply with Local Rule 6070−1(e) 38. Debtor(s) are ordered to comply with Local Rule 6070−1(e) within twenty days. Upon failure to comply, the Trustee is directed to file a motion and order to dismiss, which the Court will enter without further notice or hearing, so ORDERED by /s/ Judge Fulton. (Smithson, M)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 9/9/13

By: mes
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court