## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10–34059–thf |
| Debtor(s) | Chapter: 13<br>Judge: Thomas H. Fulton |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order GRANTING Motion to Show Cause debtor(s) failure to comply with Local Rule 6070–1(e) 38. Debtor(s) are ordered to comply with Local Rule 6070–1(e) within twenty days. Upon failure to comply, the Trustee is directed to file a motion and order to dismiss, which the Court will enter without further notice or hearing, so ORDERED by /s/ Judge Fulton. (Smithson, M)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 9/9/13

|   |   |
|---|---|
| | FOR THE COURT |
| By: mes | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                Case No. 10-34059-thf
Toru Paul May                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-3        User: msmithson        Page 1 of 1        Date Rcvd: Sep 09, 2013
                            Form ID: 266           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2013.
db         +Toru Paul May,   8003 Broadfern Drive,   Louisville, KY 40291-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
          Christopher T. Kurtz    on behalf of Debtor Toru Paul May ctkkurtz@aol.com,
           amanda@kurtzandkurtz.com
          James E. Tebbutt    on behalf of Creditor    The Bank of New York Mellon kybnkr@mdk-llc.com,
           anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
          Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
          Kerri  Bruckner    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
          Rachel  Pearson    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
          William W. Lawrence -13    ECF@louchapter13.com,
           ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                             TOTAL: 6