UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   TORU P MAY                                                         Case No:
                                                                            10-34059

SSN: XX-XXX-8251

<u>ORDER</u>

   This matter on motion of the Trustee to dismiss for failure to comply with the Local Rule 6070-1(e) of this Court and the Court being otherwise sufficiently advised.

   **IT IS HEREBY ORDERED**, that the petition be, and is, dismissed without prejudice.


Tendered By:
William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202