# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10−34059−thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx−xx−8251 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered . The Court's Order Dismissing is available electronically or may be a docketing event only.

Order Granting Motion To Dismiss Case for Failure to Comply with Local Rule 6070−1(e) (Related Doc # 41)so ORDERED by /s/ Judge Fulton. NOTICE: If no PDF document is attached to this entry, the Notice of Electronic Filing is the Official ORDER for this entry. CASE DISMISSED. Entered on 10/17/2013. (Smithson, M).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 10/17/13

| | |
|---|---|
| | FOR THE COURT |
| By: mes | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |