## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10–34059–thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx–xx–8251 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered . The Court's Order Dismissing is available electronically or may be a docketing event only.

Order Granting Motion To Dismiss Case for Failure to Comply with Local Rule 6070–1(e) (Related Doc # 41)so ORDERED by /s/ Judge Fulton. NOTICE: If no PDF document is attached to this entry, the Notice of Electronic Filing is the Official ORDER for this entry. CASE DISMISSED. Entered on 10/17/2013. (Smithson, M).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 10/17/13

| | FOR THE COURT |
|---|---|
| By: mes | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                  Case No. 10-34059-thf
Toru Paul May                                                           Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0644-3          User: msmithson              Page 1 of 1                  Date Rcvd: Oct 17, 2013
                              Form ID: 219                 Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2013.
db           +Toru Paul May,    8003 Broadfern Drive,    Louisville, KY 40291-2303
4386977       GMAC MORTGAGE,    3451 HAMMOND AVENUE,    P.O. BOX 780,    WATERLOO, IA 50704-0780
4395070      +GMAC Mortgage , LLC,    3451 Hammond Ave,    WAterloo, IA 50702-5300
4386978      +LERNER, SAMPSON & ROTHFUSS,    P.O. BOX 5480,    CINCINNATI, OH 45201-5480
4386979      +PAULA MUELLER,   8706 SHADOWCREEK WAY,    LOUISVILLE, KY 40291-2751
4402073      +The Bank of New York Mellon Trust Company,     c/o GMAC Mortgage, LLC,
               Attention: Payment Processing,    3451 Hammond Avenue,     Waterloo, IA 50702-5345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: akellow@jeffersoncountyclerk.org Oct 17 2013 19:23:50
               Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
               Louisville, Ky 40202-3315
4386975      +EDI: CHASE.COM Oct 17 2013 19:18:00      CHASE BANK USA NA,    P.O. BOX 15298,
               WILMINGTON, DE 19850-5298
4386976       EDI: DISCOVER.COM Oct 17 2013 19:13:00      DISCOVER FINANCIAL SERVICES LLC,    PO BOX 15316,
               WILMINGTON, DE 19850
4390541       EDI: DISCOVER.COM Oct 17 2013 19:13:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH   43054-3025
5155893       E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 17 2013 19:25:15      Green Tree Servicing LLC,
               PO Box 6154,    Rapid City, SD   57709
4445243      +EDI: PRA.COM Oct 17 2013 19:13:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk VA 23541-0914
4386980      +E-mail/Text: BKRMailOps@weltman.com Oct 17 2013 19:25:52      WELTMAN WEINBERG & REIS,
               525 VINE STREET, SUITE 800,    CINCINNATI, OH 45202-3145
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2013 at the address(es) listed below:
              Christopher T. Kurtz    on behalf of Debtor Toru Paul May ctkkurtz@aol.com,
               amanda@kurtzandkurtz.com
              James E. Tebbutt    on behalf of Creditor   The Bank of New York Mellon kybnkr@mdk-llc.com,
               anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Kerri  Bruckner    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              Rachel  Pearson    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                              TOTAL: 6
```