# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TO: XEROX CORP<br>ATTN PAYROLL<br>800 PHILLIPS RD<br>WEBSTER, NY 14580<br><br>IN RE: TORU P MAY<br>SSN: XXX-XX-8251<br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO: 10-34059 |

### ORDER TO DISCONTINUE WAGE DEDUCTION

The above-named employer having previously been issued an order to deduct wages on the above captioned Debtor.

IT IS HEREBY ORDERED that the employer discontinue this wage deduction and discontinue remittance of said wages to Trustee, William W. Lawrence.

IT IS FURTHER ORDERED that all money now being held by the employer be released to the Debtor.

A copy of this order shall be mailed to the debtor, debtor's attorney, William W. Lawrence, and the above-named employer.

[Ordered Tendered By:]  
PAYMENTS SHALL BE MADE TO:

William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville, KY 40202  
Phone: (502)581-9042

ENTERED BY ORDER OF THE COURT:  
UNITED STATES BANKRUPTCY JUDGE

BY: */s/Diane S. Robl*  
Clerk of the Court

10/22/2013