**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

In re:                                )
                                       )
Toru Paul May                         )          Case No. 10-34059
                                       )          Chapter  13
                                       )
_____Debtor(s)_____)

**MOTION TO REINSTATE CHAPTER 13 PROCEEDING**

Comes the Debtor, by counsel, and requests the Court to reinstate the within Chapter 13 proceeding, and in support of Debtors Motion, state as follows:

1.    That the debtor's case was dismissed for failure to comply with Local Rule 6070-1(e).

2.    The debtor filed, by mailing, his 2012 Federal and State Returns on this date.

3.    The debtor has provided counsel with a copy of his returns and a copy is being sent to the trustee's office on this date.

4.    Debtor is expecting a Federal refund of $1,900.00 and a State refund of $804.00.  Debtor will forward his refunds to the trustee upon receipt.

5.    Debtor will incur an attorney fee of $100.00 in the filing of this Motion.

WHEREFORE, Debtor, by counsel, requests the Court reinstate his Chapter 13 proceeding and allow his to continue with his Chapter 13 Plan.

/s/
**KURTZ AND KURTZ**
Counsel for Debtor
2721 Taylorsville Road
Louisville, KY 40205
(502) 423-0846

## CERTIFICATE OF SERVICE

It is hereby certified that a copy hereof was electronically transmitted to William W. Lawrence, Trustee, 310 Legal Arts Building, 200 So. Seventh Street, Louisville, KY 40202, on the__ __29__ day of October, 2013.

/s/
**KURTZ AND KURTZ**