UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: ) | |
| ) | |
| **Toru Paul May** ) | Case No. 10-34059 |
| ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

### ORDER

Motion having been made and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED**, that the within chapter 13 proceeding, be, and hereby is reinstated.

**IT IS FURTHER ORDERED**, that the debtor shall forward his 2012 Federal Tax refund of $1,900.00 and his 2012 State tax refund of $804.00 to the trustee upon receipt.

**IT IS FURTHER ORDERED** that the debtor pay his attorney, Kurtz and Kurtz, an additional $100.00 in attorney's fees. The Trustee, William W. Lawrence, shall disburse an additional $100.00 to Kurtz and Kurtz from the future plan payments collected from the debtor.

TENDERED BY:

Christopher T. Kurtz, Attorney
KURTZ AND KURTZ
2721 Taylorsville Road
Louisville, KY  40205
(502)423-0846