# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Toru Paul May

Case No.:10−34059−thf

Debtor(s)

Chapter: 13

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

**45** – Motion to Reinstate Case . Filed by Debtor Toru Paul May (Attachments: # 1 Proposed Order) (Kurtz, Christopher)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before November 20, 2013.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of said pleading is available for inspection and/or copying in the Clerk's Office.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 10/30/13

By: mes  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court