# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10−34059−thf |
| Debtor(s) | Chapter: 13 |

# NOTICE OF REINSTATEMENT

You are hereby notified that an Order Reinstating the above case has been entered. The Court's original Order Reinstating is on file and available for review in the Clerk's Office.

Order Granting Motion To Reinstate Case (Related Doc # 45) Entered on 11/21/2013. (Smithson, M).

The Section 341 Meeting will be held at the previously scheduled date, time, and location unless otherwise notified by the Court.

**Motions pending prior to the dismissal of this case will only be considered upon the filing of a renewed motion.**

NOTE: If this case was dismissed for failure to pay the filing fee, the remaining balance must be paid by the date indicated above. Failure to do so will result in this case being dismissed again and no further Motion to Reinstate will be considered by the Court. Similarly, should other requirements be stated above, your case may be re−dismissed without further notice for failure to comply.

Dated: 11/21/13

| | FOR THE COURT |
|---|---|
| By: mes | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |