# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

TO: XEROX CORP                                              )
     ATTN PAYROLL                                         )            CHAPTER 13
     800 PHILLIPS RD                                       )
     WEBSTER, NY 14580                                )            CASE NO: 10-34059
                                                                         )
IN RE:   TORU P MAY                                         )
                                                                         )
SSN:   XXX-XX-8251                                          )
                 DEBTOR(S)            )

## ORDER TO DEDUCT WAGES

The above-named party filed a petition under Chapter 13 of the Bankruptcy code on 08/02/2010 and has notified the Court that he/she is employed by the above-named employer.

Said employer is hereby authorized and directed to pay William W. Lawrence the sum of $250.00 BI-WEEKLY from the debtor's wages, beginning with the next payday until further order of the Court. The Trustee is directed to endorse the check of remittance, and such so endorsed shall be a receipt of all monies collected from said employer.

Said employer is directed to notify the Trustee immediately upon the termination of the debtor's services.

Pursuant to 11 U.S.C. Section 525, no private employer may terminate the employment of, or discriminate with respect to employment against an individual solely because such individual is or has been a debtor under Chapter 13 of the Bankruptcy Codes.

A copy of this order shall be mailed to the debtor(s), to the attorney, to the Trustee and to the employer.

[Ordered Tendered By:]                                ENTERED BY ORDER OF THE COURT:
PAYMENTS SHALL BE MADE TO:               UNITED STATES BANKRUPTCY JUDGE

William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202                                     BY: /s/Diane S. Robl
Phone: (502)581-9042                                                    Clerk of the Court