## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10–34059–thf |
| Debtor(s) | Chapter: 13 |

## NOTICE OF REINSTATEMENT

You are hereby notified that an Order Reinstating the above case has been entered. The Court's original Order Reinstating is on file and available for review in the Clerk's Office.

Order Granting Motion To Reinstate Case (Related Doc # 45) Entered on 11/21/2013. (Smithson, M).

The Section 341 Meeting will be held at the previously scheduled date, time, and location unless otherwise notified by the Court.

**Motions pending prior to the dismissal of this case will only be considered upon the filing of a renewed motion.**

NOTE: If this case was dismissed for failure to pay the filing fee, the remaining balance must be paid by the date indicated above. Failure to do so will result in this case being dismissed again and no further Motion to Reinstate will be considered by the Court. Similarly, should other requirements be stated above, your case may be re–dismissed without further notice for failure to comply.

Dated: 11/21/13

By: mes  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court

```
                             United States Bankruptcy Court
                              Western District of Kentucky
In re:                                                               Case No. 10-34059-thf
Toru Paul May                                                        Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0644-3          User: msmithson              Page 1 of 1                  Date Rcvd: Nov 21, 2013
                              Form ID: 225                 Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2013.
db           +Toru Paul May,    8003 Broadfern Drive,    Louisville, KY 40291-2303
4386975      +CHASE BANK USA NA,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
4386977       GMAC MORTGAGE,    3451 HAMMOND AVENUE,    P.O. BOX 780,    WATERLOO, IA 50704-0780
4395070      +GMAC Mortgage , LLC,    3451 Hammond Ave,    WAterloo, IA 50702-5300
4386978      +LERNER, SAMPSON & ROTHFUSS,    P.O. BOX 5480,    CINCINNATI, OH 45201-5480
4386979      +PAULA MUELLER,    8706 SHADOWCREEK WAY,    LOUISVILLE, KY 40291-2751
4445243      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               Norfolk VA 23541-0914
4402073      +The Bank of New York Mellon Trust Company,    c/o GMAC Mortgage, LLC,
               Attention: Payment Processing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4386976       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2013 19:32:30
               DISCOVER FINANCIAL SERVICES LLC,    PO BOX 15316,    WILMINGTON, DE 19850
4390541       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2013 19:32:30      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
5155893       E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 21 2013 19:22:49      Green Tree Servicing LLC,
               PO Box 6154,    Rapid City, SD  57709
4386980      +E-mail/Text: BKRMailOps@weltman.com Nov 21 2013 19:23:04      WELTMAN WEINBERG & REIS,
               525 VINE STREET, SUITE 800,    CINCINNATI, OH 45202-3145
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2013 at the address(es) listed below:
              Christopher T. Kurtz    on behalf of Debtor Toru Paul May ctkkurtz@aol.com,
               amanda@kurtzandkurtz.com
              James E. Tebbutt    on behalf of Creditor   The Bank of New York Mellon kybnkr@mdk-llc.com,
               anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Kerri  Bruckner    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              Rachel  Pearson    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                              TOTAL: 6
```