UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

TORU PAUL MAY                                                        CASE NO. 10-34059-THF-13

    **Debtor**

### CERTIFICATION OF COUNSEL OF DEBTOR'S NONCOMPLIANCE OR DEFAULT

In accordance with the Agreed Order entered herein on December 28, 2011 upon the Motion of the Creditor, Green Tree Servicing LLC, as servicer for GMAC Mortgage, LLC successor by merger to GMAC Mortgage Corporation ("Green Tree") for relief from the automatic stay, Green Tree has informed undersigned counsel that the Debtor has defaulted and otherwise failed to comply with the Agreed Order. The Debtor failed to make the April through November 2013 post-petition payments, and although not technically thirty (30) days delinquent, the account is also due and owing for the December 2013 post-petition payment, for a total arrearage of $13,084.62. Pursuant to the terms of the Agreed Order, the undersigned sent a copy of the Notice of Default letter to Debtor's attorney, a copy of same is attached hereto and incorporated herein by reference as Exhibit "A." The Debtor did not bring the account current. Therefore, Green Tree is filing its Certification of Counsel of Debtor's Noncompliance or Default. A copy of the delinquent payment history is attached hereto and incorporated herein by reference as Exhibit "B". Pursuant to the provisions of the Agreed Order, Green Tree now considers the automatic stay to be terminated.

(TLR) WKO13-0210/ 10-34059/ GT/ May, Toru

/s/ CHRISTOPHER M. HILL

_____
Christopher M. Hill
CHRISTOPHER M. HILL & ASSOCIATES, P.S.C.
P.O. Box 817
Frankfort, KY 40602
(502) 226-6100/telephone
(502) 223-0700/facsimile
Counsel for Creditor, Green Tree

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the Debtor, counsel for the Debtor, the trustee, and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing on this 9th day of December 2013.

Toru Paul May
8003 Broadfern Drive
Louisville, KY 40291
Debtor

Christopher T. Kurtz
Kurtz and Kurtz Attorneys
2721 Taylorsville Road
Louisville, KY 40205
Counsel for Debtor

William W. Lawrence
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
Trustee

Joseph J. Golden
Office of the U.S. Trustee
601 W. Broadway #512
Louisville, KY 40202
U.S. Trustee

/s/ CHRISTOPHER M. HILL

_____
Christopher M. Hill

(TLR) WKO13-0210/ 10-34059/ GT/ May, Toru