Christopher M. Hill*
chill@wirbickilaw.com

Jacqueline K. Heyman*
jheyman@wirbickilaw.com

Amy L. Eversole**
aeversole@wirbickilaw.com

Amanda Green***
agreen@wirbickilaw.com

Russ Wirbicki****
rwirbicki@wirbickilaw.com



THE WIRBICKI

W

LAW GROUP

Hill and Wirbicki LLLP
641 Teton Trail
Frankfort, Kentucky
40601

Mailing Address:
Hill and Wirbicki LLLP
Post Office Box 817
Frankfort, Kentucky
40602-0817

Tel. 502.226.6100
Fax. 502.223.0700
www.wirbickilaw.com

\* Also admitted in Ohio
\*\*Also admitted in Indiana
\*\*\* Also admitted in Ohio and
Indiana
\*\*\*\*Admitted in Illinois only

**"THIS COMMUNICATION IS FROM A DEBT COLLECTOR"**

November 21, 2013

Christopher T. Kurtz
Kurtz and Kurtz Attorneys
2721 Taylorsville Road
Louisville, Kentucky 40205

Re:    Toru Paul May
       Bankruptcy Case No. 10-34059-THF-13
       Our Client:  Green Tree Servicing LLC ("Green Tree") Acct. No. 62060110
       Our File No. WKO13-0210

*FIRST NOTICE OF DEFAULT LETTER*

Dear Mr. Kurtz:

       Green Tree has referred this matter to our office because your client is delinquent under the terms of the Agreed Order entered by the Court on December 28, 2011 in the above-referenced matter. As of today, your client is currently delinquent in his/her payments to Green Tree. Please see the attachment for the total arrearage. Please advise your client that this deficiency must be cured within ten (10) days from today's date or Green Tree may wish to file a Certification of Noncompliance with the Court.

       Please instruct your client of Green Tree's intentions so that he/she may cure the delinquency and avoid further legal proceedings and attorney fees. Feel free to call should you have any questions.

Sincerely,

Christopher M. Hill

CMH/tr

Attachments

(TLR) WKO13-0210/ 10-34059/ GT/ May, Toru

