| Drawn By: | Lerner, Sampson & Rothfuss | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Entered: | 12/28/11 | | | | | | | |
| Cure Terms: | Regular payments resume 1/1/12, debtor to cure arrears of $8760.60 in 6 payments of $1460.10 due on the 15th of the month from 1/15/13-6/15/13 | | | | | | | |
| Future Default: | 15 day grace period, then 10 day NOD, if default not cured LOS is granted | | | | | | | |

| Date Due | Amounts Due | | | | | Date Pmts Received | Amt Received | Difference |
|---|---|---|---|---|---|---|---|---|
| | P & I | Insurance | Escrow | C-Order | Total | | | |
| Jan-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 1/19/2012 | 778.12 | 1467.99 |
| Feb-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 2/21/2012 | 778.12 | 1467.99 |
| Mar-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 3/12/2012 | 801.12 | 1444.99 |
| Apr-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 5/8/2012 | 786.01 | 1460.10 |
| May-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 6/22/2012 | 2927.21 | -681.10 |
| Jun-12 | 606.92 | 0.00 | 179.09 | 1460.10 | 2246.11 | 7/31/2012 | 786.01 | 1460.10 |
| Jul-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 9/5/2012 | 786.01 | 0.00 |
| Aug-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 9/28/2012 | 786.01 | 0.00 |
| Sep-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 10/29/2012 | 786.01 | 0.00 |
| Oct-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 11/27/2012 | 786.01 | 0.00 |
| Nov-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 12/10/2012 | 86.14 | 699.87 |
| Dec-12 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 1/7/2013 | 786.01 | 0.00 |
| Jan-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 4/30/2013 | 1633.03 | -847.02 |
| Feb-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 8/12/2013 | 1572.02 | -786.01 |
| Mar-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | 10/13/2013 | 462.39 | 323.62 |
| Apr-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| May-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Jun-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Jul-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Aug-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Sep-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Oct-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| Nov-13 | 606.92 | 0.00 | 179.09 | 0.00 | 786.01 | | 0.00 | 786.01 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Total due | 13959.16 | 0.00 | 4119.07 | 8760.60 | 26838.83 | Amount Paid | 14540.22 | 12298.61 |
| | | | | | | Amount Due | 12298.61 | |


EXHIBIT B