# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                                    Case No.:10–34059–thf
Toru Paul May

                                                         Chapter: 13
                      Debtor(s)                          Judge: Thomas H. Fulton

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order GRANTING Motion to Show Cause debtor(s) failure to comply with Local Rule 6070–1(e) 52. Debtor(s) are ordered to comply with Local Rule 6070–1(e) within twenty days. Upon failure to comply, the Trustee is directed to file a motion and order to dismiss, which the Court will enter without further notice or hearing, so ORDERED by /s/ Judge Fulton. (Smithson, M)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 6/30/14

                                                         FOR THE COURT
By: mes                                                  Diane S. Robl
Deputy Clerk                                             Clerk, U.S. Bankruptcy Court