## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10–34059–thf |
| Debtor(s) | Chapter: 13<br>Judge: Thomas H. Fulton |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order GRANTING Motion to Show Cause debtor(s) failure to comply with Local Rule 6070–1(e) 52. Debtor(s) are ordered to comply with Local Rule 6070–1(e) within twenty days. Upon failure to comply, the Trustee is directed to file a motion and order to dismiss, which the Court will enter without further notice or hearing, so ORDERED by /s/ Judge Fulton. (Smithson, M)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 6/30/14

By: mes
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                           Western District of Kentucky
In re:                                                           Case No. 10-34059-thf
Toru Paul May                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0644-3          User: msmithson            Page 1 of 1             Date Rcvd: Jun 30, 2014
                              Form ID: 266               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
db           +Toru Paul May,    8003 Broadfern Drive,   Louisville, KY 40291-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              Christopher M. Hill    on behalf of Creditor   Green Tree Servicing LLC chrish@hillslaw.com,
               tinariggs@hillslaw.com
              Christopher T. Kurtz    on behalf of Debtor Toru Paul May ctkkurtz@aol.com,
               amanda@kurtzandkurtz.com
              James E. Tebbutt    on behalf of Creditor   The Bank of New York Mellon kybnkr@mdk-llc.com,
               anhsmdk@zuckergoldberg.com;anhsmdk@earthlink.net
              John L. Daugherty    ustpregion08.lo.ecf@usdoj.gov
              Kerri  Bruckner    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              Rachel  Pearson    on behalf of Creditor   GMAC Mortgage, LLC wkybk@lsrlaw.com
              William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                             TOTAL: 7
```