UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   TORU P MAY                                                                          Case No: 10-34059

SSN: XXX-XX-8251

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

    Comes the Trustee, William W. Lawrence, and states that the debtor(s) have failed to comply with the Local Rule 6070-1(e) of this Court and moves for dismissal.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville, KY 40202

/s/William W. Lawrence  
WILLIAM W. LAWRENCE, TRUSTEE

8/12/2014