## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10−34059−thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx−xx−8251 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered . The Court's Order Dismissing is available electronically or may be a docketing event only.

Order Granting Motion To Dismiss Case for Failure to Comply with Local Rule 6070−1(e) (Related Doc # 55)so ORDERED by /s/ Judge Fulton. NOTICE: If no PDF document is attached to this entry, the Notice of Electronic Filing is the Official ORDER for this entry. CASE DISMISSED. Entered on 8/13/2014. (Smithson, M).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court. Also, if this case was dismissed for a reason not related to the fee, but the Court's filing fee has not been paid, appplications to pay the filing fee in installments may not be considered in future filings.

Dated: 8/13/14

| | FOR THE COURT |
|---|---|
| By: mes | Diane S. Robl |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |