## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Toru Paul May | Case No.:10–34059–thf |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx–xx–8251 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered . The Court's Order Dismissing is available electronically or may be a docketing event only.

Order Granting Motion To Dismiss Case for Failure to Comply with Local Rule 6070–1(e) (Related Doc # 55)so ORDERED by /s/ Judge Fulton. NOTICE: If no PDF document is attached to this entry, the Notice of Electronic Filing is the Official ORDER for this entry. CASE DISMISSED. Entered on 8/13/2014. (Smithson, M).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court. Also, if this case was dismissed for a reason not related to the fee, but the Court's filing fee has not been paid, appplications to pay the filing fee in installments may not be considered in future filings.

Dated: 8/13/14

By: mes  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Western District of Kentucky
In re:                                                            Case No. 10-34059-thf
Toru Paul May                                                     Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0644-3          User: msmithson             Page 1 of 1         Date Rcvd: Aug 13, 2014
                              Form ID: 219                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2014.
db           +Toru Paul May,    8003 Broadfern Drive,    Louisville, KY 40291-2303
4386977       GMAC MORTGAGE,    3451 HAMMOND AVENUE,    P.O. BOX 780,    WATERLOO, IA 50704-0780
4395070      +GMAC Mortgage , LLC,    3451 Hammond Ave,    WAterloo, IA 50702-5300
4386978      +LERNER, SAMPSON & ROTHFUSS,    P.O. BOX 5480,    CINCINNATI, OH 45201-5480
4386979      +PAULA MUELLER,    8706 SHADOWCREEK WAY,    LOUISVILLE, KY 40291-2751
4402073      +The Bank of New York Mellon Trust Company,    c/o GMAC Mortgage, LLC,
               Attention: Payment Processing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: akellow@jeffersoncountyclerk.org Aug 13 2014 18:45:30
               Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
               Louisville, Ky 40202-3315
4386975      +EDI: CHASE.COM Aug 13 2014 18:43:00      CHASE BANK USA NA,    P.O. BOX 15298,
               WILMINGTON, DE 19850-5298
4386976       EDI: DISCOVER.COM Aug 13 2014 18:43:00      DISCOVER FINANCIAL SERVICES LLC,    PO BOX 15316,
               WILMINGTON, DE 19850
4390541       EDI: DISCOVER.COM Aug 13 2014 18:43:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH   43054-3025
5155893       E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 13 2014 18:45:27      Green Tree Servicing LLC,
               PO Box 6154,    Rapid City, SD   57709
4445243      +EDI: PRA.COM Aug 13 2014 18:43:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk VA 23541-0914
4386980      +E-mail/Text: BKRMailOps@weltman.com Aug 13 2014 18:45:37      WELTMAN WEINBERG & REIS,
               525 VINE STREET, SUITE 800,    CINCINNATI, OH 45202-3145
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2014 at the address(es) listed below:
             Christopher M. Hill    on behalf of Creditor    Green Tree Servicing LLC chrish@hillslaw.com,
               tinariggs@hillslaw.com
             Christopher T. Kurtz     on behalf of Debtor Toru Paul May ctkkurtz@aol.com,
               amanda@kurtzandkurtz.com
             James E. Tebbutt     on behalf of Creditor    The Bank of New York Mellon kybnkr@mdk-llc.com,
               anhsmdk@zuckergoldberg.com
             John L. Daugherty     ustpregion08.lo.ecf@usdoj.gov
             Kerri   Bruckner    on behalf of Creditor    GMAC Mortgage, LLC wkybk@lsrlaw.com
             Rachel   Pearson    on behalf of Creditor    GMAC Mortgage, LLC wkybk@lsrlaw.com
             William W. Lawrence -13    ECF@louchapter13.com,
               ecfdocs@anderson-associates.net;ecf.bk.westky@gmail.com
                                                                                              TOTAL: 7
```